UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christine Goodwin, | No. C 07-1924  JL |
| Plaintiff, | **ORDER VACATING HEARING ON MOTION TO WITHDRAW AS COUNSEL (Docket # 27)** |
| v. | |
| California Department of Corrections Rehabilitation, et al., | |
| Defendants. | |

TO PARTIES AND COUNSEL OF RECORD: You are hereby notified that the hearing scheduled for January 14, 2009 on the motion to withdraw as counsel is hereby vacated. The Court will investigate appointing pro bono counsel.

IT IS SO ORDERED.

DATED: January 13, 2009

*James Larson*
James Larson
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIVIL\07-1924\vacate hrng - 27.wpd 1