UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE GOODWIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTION AND REHABILITATIONS, ET AL.,<br><br>　　　　　Defendants.<br>_____/ | No. C 07-1924 JL<br><br>**ORDER REFERRING LITIGANT TO FEDERAL PRO BONO PROJECT AND STAYING PROCEEDINGS PENDING APPOINTMENT OF COUNSEL**<br><br>**(Granting Docket # 28 )** |

　　　　The Plaintiff having requested and being in need of counsel to assist her in this matter and good and just cause appearing,

　　　　IT IS HEREBY ORDERED that Christine Goodwin shall be referred to the Federal Pro Bono Project in the manner set forth below:

　　　　1.　　The Clerk of this Court shall forward to the Volunteer Legal Services Program of the Bar Association of San Francisco ("BASF")/Santa Clara County Bar Association ("SCCBA") one (1) copy of the court file with a notice of referral of the case pursuant to the guidelines of the Federal Pro Bono Project for referral to a volunteer attorney.

　　　　2.　　Upon being notified by the BASF/SCCBA that an attorney has been located to represent the plaintiff, that attorney shall be appointed as counsel for plaintiff in this matter until further order of the Court.

3. All proceedings in this action are hereby stayed until four weeks from the date an attorney is appointed to represent plaintiff in this action.

IT IS SO ORDERED.

Dated: February 17, 2009

James Larson
Chief Magistrate Judge

**United States District Court**
For the Northern District of California