UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christine Goodwin,<br><br>    Plaintiff,<br><br>    v.<br><br>California Department of Corrections Rehabilitation, et al.,<br><br>    Defendants.<br>_____/ | No. C 07-1924 JL<br><br>**ORDER APPOINTING NEW GUARDIAN AD LITEM** |

This Court has been advised that Jessica Cruz-Dominguez, the mother of Eddie C. Fitzgerald, the minor Plaintiff in this case, is willing and available to act as guardian ad litem for her son in this lawsuit. Christine Goodwin, the minor's grandmother and the mother of decedent Scott Fitzgerald, was appointed as guardian ad litem by the Marin County Superior Court when this case was first filed, and prior to its removal to this Court.

The most common practice where a minor is a plaintiff in an action for personal injury or wrongful death, as in this case, is to have a parent appointed as guardian ad litem on behalf of the minor at the inception of a lawsuit. See California Code of Civil Procedure ("CCP") § 372. A parent is preferred over other candidates for the role of guardian ad litem, based on the provisions of Probate Code § 3500. A minor can appear in court only through

his or her guardian of the estate or a guardian ad litem, with few exceptions not material here. CCP § 372(a).

The court has broad power to appoint a guardian ad litem of its own choosing (even when there is a guardian of estate), and on its own motion. CCP §373. The court should use this discretion when there is a conflict of interest. CCP § 372(a). In this case, Ms. Goodwin is also a plaintiff in her own right. As such, she may be tempted to place self-interest over the interests of the minor in allocating settlement proceeds. In addition, it is difficult to obtain representation of counsel, due to this potential conflict of interest. Accordingly, Christine Goodwin, the grandmother of the minor plaintiff Eddie Fitzgerald, is hereby removed as guardian ad litem and his mother, Jessica Cruz-Dominguez, is appointed.

IT IS SO ORDERED.

DATED: September 8, 2009

_____
James Larson
U.S. Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIVIL\07-1924\Appoint Guardian.wpd