UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christine Goodwin,<br><br>    Plaintiff,<br><br>    v.<br><br>California Department of Corrections Rehabilitation, et al.,<br><br>    Defendants.<br>_____/ | No. C 07-1924 JL<br><br>**FURTHER ORDER REFERRING LITIGANT TO FEDERAL PRO BONO PROJECT AND STAYING PROCEEDINGS PENDING APPOINTMENT OF COUNSEL** |

    Former counsel having been permitted to withdraw, and the Plaintiff Christine Goodwin, individually, having requested and being in need of counsel to assist her in this matter and good and just cause appearing,

    IT IS HEREBY ORDERED that Christine Goodwin shall be referred to the Federal Pro Bono Project in the manner set forth below:

1. The Clerk of this Court shall forward to the Volunteer Legal Services Program of the Bar Association of San Francisco ("BASF")/Santa Clara County Bar Association ("SCCBA") one (1) copy of the court file with a notice of referral of the case pursuant to the guidelines of the Federal Pro Bono Project for referral to a volunteer attorney.

2. Upon being notified by the BASF/SCCBA that an attorney has been located to represent the plaintiff Goodwin, that attorney shall be appointed as counsel

for plaintiff Goodwin individually in this matter for the limited purpose of representation through proceedings on a motion to dismiss.

3. All proceedings in this action are hereby stayed until four weeks from the date an attorney is appointed to represent plaintiff Goodwin in this action.

IT IS SO ORDERED.

DATED: September 8, 2009

_____
James Larson
U.S. Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIVIL\07-1924\Ref. Goodwin.wpd