United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christine Goodwin,<br><br>    Plaintiff,<br><br>    v.<br><br>California Department of Corrections Rehabilitation, et al.,<br><br>    Defendants.<br>_____/ | No. C 07-1924 JL<br><br>**ORDER REFERRING LITIGANT TO FEDERAL PRO BONO PROJECT AND STAYING PROCEEDINGS PENDING APPOINTMENT OF COUNSEL** |

    The plaintiff Jessica Cruz-Dominguez, the mother of Eddie C. Fitzgerald, *guardian ad litem* for the minor, have requested and being in need of counsel to assist her in this matter and good and just cause appearing,

    IT IS HEREBY ORDERED that Jessica Cruz-Dominguez shall be referred to the Federal Pro Bono Project in the manner set forth below:

    1.    The Clerk of this Court shall forward to the Volunteer Legal Services Program of the Bar Association of San Francisco ("BASF")/Santa Clara County Bar Association ("SCCBA") one (1) copy of the court file with a notice of referral of the case pursuant to the guidelines of the Federal Pro Bono Project for referral to a volunteer attorney.

2. Upon being notified by the BASF/SCCBA that an attorney has been located to represent the plaintiff Jessica Cruz-Dominguez, that attorney shall be appointed as counsel for plaintiff Jessica Cruz-Dominguez in this matter until further order of the Court.

3. All proceedings in this action are hereby stayed until four weeks from the date an attorney is appointed to represent plaintiff Jessica Cruz-Dominguez in this action.

IT IS SO ORDERED.

DATED: September 8, 2009

_____
James Larson
U.S. Magistrate Judge