UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jessica Cruz Dominquez, as Guardian ad Litem for Santos Eddie C. Fitzgerald<br><br>Plaintiff,<br><br>v.<br><br>California Department of Corrections and Rehabilitation, et al.,<br><br>Defendants.<br>_____/ | No. C 07-1924 JL<br><br>**ORDER APPOINTING COUNSEL** |

Because the Plaintiff has requested and is in need of counsel to assist her in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Salam R. Baqleh, Lynn Pasahow, and Mashhood Rassam of Fenwick & West LLP are hereby appointed as counsel for Jessica Cruz Dominquez, Guardian ad litem for Santos Eddie C. Fitzgerald in this matter.

IT IS SO ORDERED.

DATED: October 28, 2009

_____
James Larson
U.S. Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIVIL\07-1924\OrderApptCnsl.Dominquez.wpd                    1