FILED
DEC 10 P 1:51
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Christine M. Goodwin et al (209)312-8776, )
                Plaintiff, )
      vs. )  CASE NO. *NO: C07-1924-JL*
C.P.C.R. et al )
                Defendant. )

**APPLICATION TO PROCEED IN FORMA PAUPERIS**
(Non-prisoner cases only)

I, *Christine Goodwin*, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?      Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received. 0
2  _Presently have put my college courses_
3  _in incomplete status because of illness. So_
4  _may not qualify for Student Government Grant/Loan_

5  2.   Have you received, within the past twelve (12) months, any money from any of the
6  following sources:

7      a.   Business, Profession or            Yes ___ No ___
8           self employment?
9      b.   Income from stocks, bonds,         Yes ___ No ___
10          or royalties?
11     c.   Rent payments?                     Yes ___ No ___
12     d.   Pensions, annuities, or            Yes ___ No ___
13          life insurance payments?
14     e.   Federal or State welfare payments, Yes ✓ No ___
15          Social Security or other govern-
16          ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.
19 _Social Security disability and/retirement_
20 _$793.00 month and PAL Grant/College Grant_

21 3.   Are you married?                       Yes ___ No ✓
22 Spouse's Full Name: _N/A_
23 Spouse's Place of Employment: _N/A_
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $ _N/A_      Net $ _N/A_
26 4.   a.   List amount you contribute to your spouse's support: $ _N/A_
27      b.   List the persons other than your spouse who are dependent upon you for support
28           and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

_____

_____

5. Do you own or are you buying a home? *my home has been Foreclosed!* Yes ___ No ✓

Estimated Market Value: $ 249,500  Amount of Mortgage: $_____

6. Do you own an automobile?  Yes ✓ No ___
Make ~~2004~~ *Sabring Chrysler*  Year 2001  Model *Convertable*

Is it financed? Yes ___ No ✓  If so, Total due: $ 0

Monthly Payment: $ None  *Car is not running and needs major repairs & new engine.*

7. Do you have a bank account? Yes ✓ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: *Just recently reopened a new one*

Present balance(s): $ 300.00  $ 350.—

Do you own any cash? Yes ✗ No ✓  Amount: $ *due to outstanding bills owed*

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)  Yes ✓ No ___

*only furniture and personal items*

8. What are your monthly expenses?
Rent: $ *will be determined later*  Utilities: 350+
Food: $ 150.00  Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| 0 | $ 0 | $ 0 |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.) *Doctor Bills & Dentists Bills and outstanding past due utilities.*

- 3 -

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ___ Not sure

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

12/10/10

DATE            SIGNATURE OF APPLICANT

- 4 -