1  KAMALA D. HARRIS
   ATTORNEY GENERAL OF CALIFORNIA
2  TOM BLAKE, State Bar 51885
   DEPUTY ATTORNEY GENERAL
3  455 Golden Gate Avenue, Suite 11000
   San Francisco, CA 94102-7004
4  Telephone: (415) 703-5506
   Facsimile: (415) 703-5480
5
   *Attorneys for Defendants California Department of
6  Corrections and Rehabilitation, Karen Saylor, M.D.,
   and Tam Bui, M. D.*
7
   RODGER R. COLE  (CSB NO. 178865)
8  rcole@fenwick.com
   MASHHOOD RASSAM (CSB NO. 240834)
9  mrassam@fenwick.com
   JENNIFER J. JOHNSON (CSB NO. 252897)
10 jjjohnson@fenwick.com
   ERIN A. SIMON (CSB NO. 268929)
11 esimon@fenwick.com
   FENWICK & WEST LLP
12 Silicon Valley Center
   801 California Street
13 Mountain View, California 94041
   Telephone: (650) 988-8500
14 Facsimile: (650) 938-5200

15 *Attorneys for Plaintiff
   JESSICA CRUZ DOMINGUEZ, AS GUARDIAN AD
16 LITEM FOR HER SON, SANTOS EDDIE C.
   FITZGERALD*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CHRISTINE GOODWIN, JESSICA CRUZ-DOMINGUEZ, Individually and as Guardian ad litem for SANTOS EDDIE C. FITZGERALD,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA DEPT. OF CORRECTIONS & REHABILITATION, et al.**<br><br>Defendants. | Case No. 07-cv-01924-JL<br><br>**ADMINISTRATIVE MOTION AND STIPULATION FOR ORDER CONTINUING SETTLEMENT CONFERENCE; [PROPOSED] ORDER** |

1

[Proposed] Order (C07-cv-01924-JL)

The parties respectfully request that the Court continue the Settlement Conference from Friday, July 5, 2011 to August 26, 2011 at 10:30 a.m. by stipulation. The parties have further stipulated that their Settlement Conference Statements and candid evaluations of the parties' likelihood of prevailing on the claims and defenses are to be submitted to the Court by August 12, 2011.

The claims of Plaintiff Santos Eddie Fitzgerald arise from the death of his father, inmate Eddie Fitzgerald, in his cell at San Quentin State Prison. He died of "acute diabetic coma with seizure activity," caused by a sharp drop in Mr. Fitzgerald's blood sugar.

Plaintiff Christine Goodwin is no longer a party to the case, having been dismissed as plaintiff in her own right and as Guardian ad Litem. Two defendants remain in the case, Karen Saylor, M.D., the former Chief Medical Officer, and Tam Bui, M.D., now retired.

No trial date has been set and the case is pending re-assignment to Magistrate Judge Cousins due to the retirement of Magistrate Judge Larson.

Good cause exists in that counsel for both parties have engaged in preliminary settlement discussions and counsel for the California Department of Corrections and Rehabilitation[1] needs the opportunity to conduct further consultations with the agency and the two physicians who remain as individual defendants in this matter.

Both counsel believe that providing the California Department of Corrections and Rehabilitation with further opportunity to conduct internal discussions will greatly enhance the prospects of settlement and greatly increase the productivity of the Settlement Conference. In light of the foregoing, the parties, by and through their respective counsel, respectfully request the Settlement Conference be continued from Friday, July 5, 2011, to August 26, 2011 at 10:30 a.m.

---

[1] The California Department of Corrections and Rehabilitation has been dismissed as a defendant on Eleventh Amendment grounds (Order, Doc.82), but it remains an interested party due to its obligation to defend and indemnify the physician-employees who remain as defendants.

2

[Proposed] Order (C07-cv-01924-JL)

| | | |
|---|---|---|
| 1 | Dated: June 15, 2011 | FENWICK & WEST LLP |
| 2 | | |
| 3 | | By: /s/ *Mashood Rassam*<br>Mashood Rassam |
| 4 | | *Attorneys for Plaintiff* |
| 5 | | *Jessica Cruz-Dominguez As*<br>*Guardian Ad Litem For Her Son*<br>*Santos Eddie C. Fitzgerald* |
| 6 | | |
| 7 | | |
| 8 | Dated: June 15, 2011 | KAMALA D. HARRIS<br>ATTORNEY GENERAL OF CALIFORNIA |
| 9 | | |
| 10 | | By: /s/ *Tom Blake*<br>TOM BLAKE |
| 11 | | DEPUTY ATTORNEY GENERAL<br>*Attorneys for Defendants California* |
| 12 | | *Department of Corrections and*<br>*Rehabilitation, Karen Saylor, M.D., and*<br>*Tam Bui, M.D.* |

3

[Proposed] Order (C07-cv-01924-JL)

## ORDER

For good cause, the Settlement Conference previously set for July 5, 2011 is continued to August 25, 2011 at 9:00 a.m. ~~at 10:00 a.m.~~ in Courtroom D. The parties shall submit a settlement conference statement not later than August 12, 2011.

IT IS SO ORDERED.

Dated: 20 June 2011

Hon. Bernard Zimmerman
United States Magistrate Judge