1  KAMALA D. HARRIS
   Attorney General of California
2  TOM BLAKE, State Bar 51885
   Deputy Attorney General
3  455 Golden Gate Avenue, Suite 11000
   San Francisco, CA 94102-7004
4  Telephone: (415) 703-5506
   Facsimile: (415) 703-5480
5
   *Attorneys for Defendants California Department of*
6  *Corrections and Rehabilitation, Karen Saylor, M.D.,*
   *and Tam Bui, M. D.*
7
   RODGER R. COLE (CSB NO. 178865)
8  rcole@fenwick.com
   MASHHOOD RASSAM (CSB NO. 240834)
9  mrassam@fenwick.com
   JENNIFER J. JOHNSON (CSB NO. 252897)
10 jjjohnson@fenwick.com
   ERIN A. SIMON (CSB NO. 268929)
11 esimon@fenwick.com
   FENWICK & WEST LLP
12 Silicon Valley Center
   801 California Street
13 Mountain View, California 94041
   Telephone: (650) 988-8500
14 Facsimile: (650) 938-5200

15 *Attorneys for Plaintiff*
   *JESSICA CRUZ DOMINGUEZ, AS GUARDIAN AD*
16 *LITEM FOR HER SON, SANTOS EDDIE C.*
   *FITZGERALD*
17
                 IN THE UNITED STATES DISTRICT COURT
18
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
19
                        SAN FRANCISCO DIVISION
20

| 21 | **CHRISTINE GOODWIN, JESSICA CRUZ-DOMINGUEZ, Individually and as Guardian ad litem for SANTOS EDDIE C. FITZGERALD,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA DEPT. OF CORRECTIONS & REHABILITATION, et al.**<br><br>Defendants. | Case No. 07-cv-01924-JL<br><br>**ADMINISTRATIVE MOTION AND STIPULATION FOR ORDER CONTINUING SETTLEMENT CONFERENCE; [PROPOSED] ORDER** |
|---|---|---|

1

2    The parties respectfully request that the Court continue the Settlement Conference for this

3    case from August 26, 2011 at 9:00 a.m. to September 27, 2011 at 9:00 a.m.

4    The claims of Plaintiff Santos Eddie C. Fitzgerald arise from the death of his father, inmate

5    Scott Fitzgerald, in his cell at San Quentin State Prison. He died of "acute diabetic coma with

6    seizure activity," caused by a sharp drop in Mr. Fitzgerald's blood sugar.

7    Plaintiff Christine Goodwin is no longer a party to the case, having been dismissed as

8    plaintiff in her own right and as Guardian ad Litem. Two defendants remain in the case, Karen

9    Saylor, M.D., the former Chief Medical Officer, and Tam Bui, M.D., now retired.

10   No trial date has been set and the case has recently been reassigned to Magistrate Judge

11   Nathaniel M. Cousins.

12   Good cause exists to continue the settlement conference. Counsel for plaintiff explained to

13   the Court in a letter of June 22 that, as currently scheduled, the settlement conference conflicts

14   with counsel's long-standing travel plans. Counsel for defendants does not object to the

15   continuance.

16

17   Dated: June 27, 2011                              FENWICK & WEST LLP

18
                                                       By: */s/ Mashhood Rassam*
19                                                           Mashhood Rassam

20                                                     *Attorneys for Plaintiff*
                                                       *Jessica Cruz-Dominguez As*
21                                                     *Guardian Ad Litem For Her Son*
                                                       *Santos Eddie C. Fitzgerald*
22

23   Dated: June 27, 2011                              KAMALA D. HARRIS
                                                       Attorney General of California
24

25                                                     By: */s/ Tom Blake*
                                                             Tom Blake
26                                                           Deputy Attorney General

27                                                     *Attorneys for Defendants California*
                                                       *Department of Corrections and*
28                                                     *Rehabilitation, Karen Saylor, M.D., and*
                                                       *Tam Bui, M.D.*

1

## ORDER

For good cause, the Settlement Conference previously set for August 26, 2011 is continued to September 27, 2011 at 9:00 a.m. The parties shall submit a settlement conference statement and a candid evaluation of the parties' likelihood of prevailing on the claims and defenses no later than September 20, 2011.

IT IS SO ORDERED.

Dated: 27 June 2011

Hon. Bernard Zimmerman
United States Magistrate Judge

[Proposed] Order (C07-cv-01924-JL)