**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA CRUZ-DOMINGUEZ, et al., | No. C 07-01924 NC |
| Plaintiffs, | **ORDER GRANTING JOINT MOTION FOR CONTINUANCE** |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

For good cause, the Case Management Conference previously set for Wednesday, October 19, 2011 is continued to Wednesday, December 7, 2011 at 10:00 a.m. in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco. The parties shall submit a Case Management Statement not later than November 30, 2011.

IT IS SO ORDERED.

Dated: September 19, 2011

NATHANAEL COUSINS
United States Magistrate Judge