1  KAMALA D. HARRIS
   ATTORNEY GENERAL OF CALIFORNIA
2  TOM BLAKE, State Bar 51885
   DEPUTY ATTORNEY GENERAL
3  455 Golden Gate Avenue, Suite 11000
   San Francisco, CA 94102-7004
4  Telephone:  (415) 703-5506
   Facsimile:   (415) 703-5480
5
   *Attorneys for Defendants California Department of*
6  *Corrections and Rehabilitation, Karen Saylor, M.D.,*
   *and Tam Bui, M. D.*
7
   RODGER R. COLE  (CSB NO. 178865)
8  rcole@fenwick.com
   MASHHOOD RASSAM (CSB NO. 240834)
9  mrassam@fenwick.com
   JENNIFER J. JOHNSON (CSB NO. 252897)
10 jjjohnson@fenwick.com
   ERIN A. SIMON (CSB NO. 268929)
11 esimon@fenwick.com
   FENWICK & WEST LLP
12 Silicon Valley Center
   801 California Street
13 Mountain View, California  94041
   Telephone:  (650) 988-8500
14 Facsimile:   (650) 938-5200
15 *Attorneys for Plaintiff*
   *JESSICA CRUZ DOMINGUEZ, AS GUARDIAN AD*
16 *LITEM FOR HER SON, SANTOS EDDIE C.*
   *FITZGERALD*
17
                 IN THE UNITED STATES DISTRICT COURT
18
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
19
                      SAN FRANCISCO DIVISION
20

| | |
|---|---|
| 21  **CHRISTINE GOODWIN, JESSICA CRUZ-DOMINGUEZ, Individually and as Guardian ad litem for SANTOS EDDIE C. FITZGERALD,** | Case No. 07-cv-01924-NC |
| 22 | **ADMINISTRATIVE MOTION AND STIPULATION FOR ORDER CONTINUING SETTLEMENT CONFERENCE; ~~[PROPOSED]~~ ORDER** |
| 23                                   Plaintiffs, | |
| 24          **v.** | |
| 25 | |
| 26  **CALIFORNIA DEPT. OF CORRECTIONS & REHABILITATION, et al.** | |
| 27                                   Defendants. | |

28

ADMINISTRATIVE MOTION AND STIPULATION FOR ORDER CONTINUING SETTLEMENT
CONFERENCE; [PROPOSED] ORDER                                (C07-cv-01924-NC)

1    The parties respectfully request that the Court continue the Settlement Conference from

2    September 27, 2011 to Friday, November 4, 2011 at 9:00 a.m.

3    The claims of Plaintiff Santos Eddie Fitzgerald arise from the death of his father, inmate

4    Eddie Fitzgerald, in his cell at San Quentin State Prison.  He died of "acute diabetic coma with

5    seizure activity," caused by a sharp drop in Mr. Fitzgerald's blood sugar. Plaintiff Christine

6    Goodwin is no longer a party to the case, having been dismissed as plaintiff in her own right and

7    as Guardian ad Litem.  Two defendants remain in the case, Karen Saylor, M.D., the former Chief

8    Medical Officer, and Tam Bui, M.D., now retired.

9    Good cause exists for the continuance.  In-house counsel for the California Department of

10   Corrections and Rehabilitation[1] has advised the Deputy Attorney General representing the State

11   defendants that she needs further time to consult with decision-makers within the agency.  The

12   Governor's proposed re-alignment of the correctional system, involving the en masse transfer of

13   State prisoners to local facilities, has made it difficult for officials within CDCR and the Federal

14   Receiver's Office to devote the time necessary to give this matter their consideration.

15   Both counsel believe that providing the California Department of Corrections and

16   Rehabilitation and the Federal Receiver the further opportunity for internal discussion will

17   enhance settlement prospects and greatly enhance the productivity of the Settlement Conference.

18   The Court's staff advises that the Settlement Conference previously set for September 27, 2011

19   can be accommodated on the calendar for November 4, 2011.  Counsel for defendants will be

20   travelling outside the United States in November and counsel for plaintiff is expecting the birth of

21   a child in December.

22   In light of the foregoing, the parties, by and through their respective counsel, respectfully

23   request the Settlement Conference be continued from September 27, 2011 to Friday, November ~~7~~ 4,

24   2011 at 9:00 a.m.

25

26

27   ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
[1] The California Department of Corrections and Rehabilitation has been dismissed as a
defendant on Eleventh Amendment grounds (Order, Doc.82), but it remains an interested party
due to its obligation to defend and indemnify the physicians who remain as defendants.

28

ADMINISTRATIVE MOTION AND STIPULATION FOR ORDER CONTINUING SETTLEMENT
CONFERENCE; [PROPOSED] ORDER                                        (C07-cv-01924-NC)

1    Dated:  September 16, 2011                FENWICK & WEST LLP

2

3                                             By:  /s/ Mashhood Rassam
                                                   Mashhood Rassam

4                                             Attorneys for Plaintiff
                                              Jessica Cruz-Dominguez As
5                                             Guardian Ad Litem For Her Son
                                              Santos Eddie C. Fitzgerald
6

7
     Dated:  September 16, 2011                KAMALA D. HARRIS
8                                             ATTORNEY GENERAL OF CALIFORNIA

9

10                                            By:  /s/ Tom Blake
                                                   TOM BLAKE
11                                                 DEPUTY ATTORNEY GENERAL
                                              Attorneys for Defendants California
12                                            Department of Corrections and
                                              Rehabilitation, Karen Saylor, M.D., and
13                                            Tam Bui, M.D.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        3

ADMINISTRATIVE MOTION AND STIPULATION FOR ORDER CONTINUING SETTLEMENT
CONFERENCE; [PROPOSED] ORDER                              (C07-cv-01924-NC)

1

**ORDER**

2

For good cause, the Settlement Conference previously set for September 27, 2011 is

3

continued to Friday, November 4, 2011 at 9:00 a.m.  The parties shall submit a Settlement

4

Conference Statement not later than October 28, 2011.

5

6

    IT IS SO ORDERED.

7

8

Dated:   __ September 19, 2011 __                    _____
                                                     Hon. Bernard Zimmerman
9                                                    United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4