KAMALA D. HARRIS
ATTORNEY GENERAL OF CALIFORNIA
TOM BLAKE, State Bar 51885
DEPUTY ATTORNEY GENERAL
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5506
Facsimile: (415) 703-5480

*Attorneys for Defendants California Department of Corrections and Rehabilitation, Karen Saylor, M.D., and Tam Bui, M. D.*

RODGER R. COLE  (CSB NO. 178865)
rcole@fenwick.com
MASHHOOD RASSAM (CSB NO. 240834)
mrassam@fenwick.com
JENNIFER J. JOHNSON (CSB NO. 252897)
jjjohnson@fenwick.com
ERIN A. SIMON (CSB NO. 268929)
esimon@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, California  94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

*Attorneys for Plaintiff*
*JESSICA CRUZ DOMINGUEZ, AS GUARDIAN AD LITEM FOR HER SON, SANTOS EDDIE C. FITZGERALD*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CHRISTINE GOODWIN, JESSICA CRUZ-DOMINGUEZ, Individually and as Guardian ad litem for SANTOS EDDIE C. FITZGERALD,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA DEPT. OF CORRECTIONS & REHABILITATION, et al.**<br><br>Defendants. | Case No. 07-cv-01924-NC<br><br>**ADMINISTRATIVE MOTION AND STIPULATION FOR ORDER CONTINUING SETTLEMENT CONFERENCE; [PROPOSED] ORDER** |

1

1   The parties respectfully request that the Court continue the Settlement Conference from
2   September 27, 2011 to Friday, November 4, 2011 at 9:00 a.m.

3   The claims of Plaintiff Santos Eddie Fitzgerald arise from the death of his father, inmate
4   Eddie Fitzgerald, in his cell at San Quentin State Prison.  He died of "acute diabetic coma with
5   seizure activity," caused by a sharp drop in Mr. Fitzgerald's blood sugar. Plaintiff Christine
6   Goodwin is no longer a party to the case, having been dismissed as plaintiff in her own right and
7   as Guardian ad Litem.  Two defendants remain in the case, Karen Saylor, M.D., the former Chief
8   Medical Officer, and Tam Bui, M.D., now retired.

9   Good cause exists for the continuance.  In-house counsel for the California Department of
10  Corrections and Rehabilitation[1] has advised the Deputy Attorney General representing the State
11  defendants that she needs further time to consult with decision-makers within the agency.  The
12  Governor's proposed re-alignment of the correctional system, involving the en masse transfer of
13  State prisoners to local facilities, has made it difficult for officials within CDCR and the Federal
14  Receiver's Office to devote the time necessary to give this matter their consideration.

15  Both counsel believe that providing the California Department of Corrections and
16  Rehabilitation and the Federal Receiver the further opportunity for internal discussion will
17  enhance settlement prospects and greatly enhance the productivity of the Settlement Conference.
18  The Court's staff advises that the Settlement Conference previously set for September 27, 2011
19  can be accommodated on the calendar for November 4, 2011.  Counsel for defendants will be
20  travelling outside the United States in November and counsel for plaintiff is expecting the birth of
21  a child in December.

22  In light of the foregoing, the parties, by and through their respective counsel, respectfully
23  request the Settlement Conference be continued from September 27, 2011 to Friday, November ~~7~~ 4,
24  2011 at 9:00 a.m.

25
26  ---
        [1] The California Department of Corrections and Rehabilitation has been dismissed as a
27  defendant on Eleventh Amendment grounds (Order, Doc.82), but it remains an interested party
    due to its obligation to defend and indemnify the physicians who remain as defendants.
28

| | | |
|---|---|---|
| 1 | Dated: September 16, 2011 | FENWICK & WEST LLP |
| 2 | | |
| 3 | | By: **/s/ Mashhood Rassam** |
| | | Mashhood Rassam |
| 4 | | *Attorneys for Plaintiff* |
| 5 | | *Jessica Cruz-Dominguez As Guardian Ad Litem For Her Son* |
| 6 | | *Santos Eddie C. Fitzgerald* |
| 7 | | |
| 8 | Dated: September 16, 2011 | KAMALA D. HARRIS |
| | | ATTORNEY GENERAL OF CALIFORNIA |
| 9 | | |
| 10 | | By: **/s/ Tom Blake** |
| | | TOM BLAKE |
| 11 | | DEPUTY ATTORNEY GENERAL |
| | | *Attorneys for Defendants California* |
| 12 | | *Department of Corrections and Rehabilitation, Karen Saylor, M.D., and Tam Bui, M.D.* |

3

ADMINISTRATIVE MOTION AND STIPULATION FOR ORDER CONTINUING SETTLEMENT
CONFERENCE; [PROPOSED] ORDER                                              (C07-cv-01924-NC)

**ORDER**

For good cause, the Settlement Conference previously set for September 27, 2011 is continued to Friday, November 4, 2011 at 9:00 a.m. The parties shall submit a Settlement Conference Statement not later than October 28, 2011.

IT IS SO ORDERED.

Dated:  September 19, 2011

Hon. Bernard Zimmerman
United States Magistrate Judge

4

ADMINISTRATIVE MOTION AND STIPULATION FOR ORDER CONTINUING SETTLEMENT
CONFERENCE; [PROPOSED] ORDER                                                    (C07-cv-01924-NC)