1  RODGER R. COLE  (CSB NO. 178865)
   rcole@fenwick.com
2  MASHHOOD RASSAM (CSB NO. 240834)
   mrassam@fenwick.com
3  JENNIFER J. JOHNSON (CSB NO. 252897)
   jjjohnson@fenwick.com
4  ERIN A. SIMON (CSB NO. 268929)
   esimon@fenwick.com
5  FENWICK & WEST LLP
   Silicon Valley Center
6  801 California Street
   Mountain View, California  94041
7  Telephone:  (650) 988-8500
   Facsimile:   (650) 938-5200
8
   *Attorneys for Plaintiff*
9  *JESSICA CRUZ DOMINGUEZ, AS GUARDIAN AD*
   *LITEM FOR HER SON, SANTOS EDDIE C.*
10 *FITZGERALD*

11 KAMALA D. HARRIS
   ATTORNEY GENERAL OF CALIFORNIA
12 TOM BLAKE, State Bar 51885
   DEPUTY ATTORNEY GENERAL
13 455 Golden Gate Avenue, Suite 11000
   San Francisco, CA 94102-7004
14 Telephone:  (415) 703-5506
   Facsimile:   (415) 703-5480
15
   *Attorneys for Defendants*
16
                    IN THE UNITED STATES DISTRICT COURT
17
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
18
                          SAN FRANCISCO DIVISION
19

20 **CHRISTINE GOODWIN AND JESSICA**            Case No. 07-01924 NC
   **CRUZ-DOMINGUEZ as Guardian ad litem**
21 **for SANTOS EDDIE C. FITZGERALD,**          **STIPULATION FOR ORDER ALIGNING**
                                                **THE PARTIES; [PROPOSED] ORDER**
22                              **Plaintiffs,**

23                    **v.**

24 **CALIFORNIA DEPT. OF CORRECTIONS**
   **& REHABILITATION, et al.**
25
                              **Defendants.**
26

27

28
                                        1

1    The parties respectfully stipulate that the Court enter an order correcting the alignment of

2 the parties to reflect that the "State of California, acting by and through the California Department

3 of Corrections and Rehabilitation" is a defendant herein.

4    The parties further stipulate that all references in this action to "California Department of

5 Corrections" and "California Dept. of Corrections & Rehabilitation" are to be deemed to refer to

6 defendant State of California, acting by and through the California Department of Corrections and

7 Rehabilitation.

8 Dated:  November 9, 2011                    FENWICK & WEST LLP

9

10                                                  By: */s/MashhoodRassam*
                                                       Mashhood Rassam

11                                                  *Attorneys for Plaintiff*
12                                                  *Jessica Cruz-Dominguez As*
                                                    *Guardian Ad Litem for Her Son*
13                                                  *Santos Eddie C. Fitzgerald*

14

15 Dated:  November 9, 2011                    KAMALA D. HARRIS
                                                    ATTORNEY GENERAL OF CALIFORNIA

16

17                                                  By: */s/TomBlake*
                                                       TOM BLAKE
18                                                     DEPUTY ATTORNEY GENERAL

19                                                  *Attorneys for Defendants*

20

21

22

23

24

25

26

27

28

2

1

## <u>ORDER</u>

2

3    Upon stipulation of the parties and for good cause, the "State of California, acting by and

through the California Department of Corrections and Rehabilitation" is a defendant herein.

4

References in this action to "California Department of Corrections" and "California Dept. of

5

Corrections & Rehabilitation" are deemed to refer to the defendant State of California, acting by

6

and through the California Department of Corrections and Rehabilitation.

7

8    IT IS SO ORDERED.

9

10   Dated: November 9, 2011

_____
Hon. Nathanael M. Cousins
United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28