1  RODGER R. COLE  (CSB NO. 178865)
   rcole@fenwick.com
2  MASHHOOD RASSAM (CSB NO. 240834)
   mrassam@fenwick.com
3  JENNIFER J. JOHNSON (CSB NO. 252897)
   jjjohnson@fenwick.com
4  ERIN A. SIMON (CSB NO. 268929)
   esimon@fenwick.com
5  FENWICK & WEST LLP
   Silicon Valley Center
6  801 California Street
   Mountain View, California  94041
7  Telephone:  (650) 988-8500
   Facsimile:   (650) 938-5200
8
   *Attorneys for Plaintiff*
9  *JESSICA CRUZ DOMINGUEZ, AS GUARDIAN AD
   LITEM FOR HER SON, SANTOS EDDIE C.*
10 *FITZGERALD*

11 KAMALA D. HARRIS
   ATTORNEY GENERAL OF CALIFORNIA
12 TOM BLAKE, State Bar 51885
   DEPUTY ATTORNEY GENERAL
13 455 Golden Gate Avenue, Suite 11000
   San Francisco, CA 94102-7004
14 Telephone:  (415) 703-5506
   Facsimile:   (415) 703-5480
15
   *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CHRISTINE GOODWIN AND JESSICA CRUZ-DOMINGUEZ as Guardian ad litem for SANTOS EDDIE C. FITZGERALD,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**CALIFORNIA DEPT. OF CORRECTIONS & REHABILITATION, et al.**<br><br>**Defendants.** | Case No. 07-01924 NC<br><br>**STIPULATION FOR ORDER ALIGNING THE PARTIES; [PROPOSED] ORDER** |

1  The parties respectfully stipulate that the Court enter an order correcting the alignment of
2  the parties to reflect that the "State of California, acting by and through the California Department
3  of Corrections and Rehabilitation" is a defendant herein.

4  The parties further stipulate that all references in this action to "California Department of
5  Corrections" and "California Dept. of Corrections & Rehabilitation" are to be deemed to refer to
6  defendant State of California, acting by and through the California Department of Corrections and
7  Rehabilitation.

8  Dated: November 9, 2011                                   FENWICK & WEST LLP

                                                             By: */s/MashhoodRassam*
                                                                 Mashhood Rassam

                                                             *Attorneys for Plaintiff*
                                                             *Jessica Cruz-Dominguez As*
                                                             *Guardian Ad Litem for Her Son*
                                                             *Santos Eddie C. Fitzgerald*

15 Dated: November 9, 2011                                   KAMALA D. HARRIS
                                                             ATTORNEY GENERAL OF CALIFORNIA

                                                             By: */s/TomBlake*
                                                                 TOM BLAKE
                                                                 DEPUTY ATTORNEY GENERAL

                                                             *Attorneys for Defendants*

**ORDER**

Upon stipulation of the parties and for good cause, the "State of California, acting by and through the California Department of Corrections and Rehabilitation" is a defendant herein. References in this action to "California Department of Corrections" and "California Dept. of Corrections & Rehabilitation" are deemed to refer to the defendant State of California, acting by and through the California Department of Corrections and Rehabilitation.

IT IS SO ORDERED.

Dated: November 9, 2011

_____
Hon. Nathanael M. Cousins
United States Magistrate Judge