1  KAMALA D. HARRIS
   Attorney General of California
2  TOM BLAKE, State Bar 51885
   Deputy Attorney General
3  455 Golden Gate Avenue, Suite 11000
   San Francisco, CA 94102-7004
4  Telephone: (415) 703-5506
   Facsimile: (415) 703-5480
5
   *Attorneys for Defendants California Department of*
6  *Corrections and Rehabilitation, Karen Saylor, M.D.,*
   *and Tam Bui, M. D.*
7
   RODGER R. COLE (CSB NO. 178865)
8  rcole@fenwick.com
   MASHHOOD RASSAM (CSB NO. 240834)
9  mrassam@fenwick.com
   JENNIFER J. JOHNSON (CSB NO. 252897)
10 jjjohnson@fenwick.com
   ERIN A. SIMON (CSB NO. 268929)
11 esimon@fenwick.com
   FENWICK & WEST LLP
12 Silicon Valley Center
   801 California Street
13 Mountain View, California 94041
   Telephone: (650) 988-8500
14 Facsimile: (650) 938-5200

15 *Attorneys for Plaintiff*
   *JESSICA CRUZ DOMINGUEZ, AS GUARDIAN AD*
16 *LITEM FOR HER SON, SANTOS EDDIE C.*
   *FITZGERALD*

17
                 IN THE UNITED STATES DISTRICT COURT
18
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
19
                        SAN FRANCISCO DIVISION
20

| | |
|---|---|
| 21  ~~CHRISTINE GOODWIN~~, JESSICA CRUZ-DOMINGUEZ, Individually and as Guardian ad litem for SANTOS EDDIE C. FITZGERALD, <br><br> Plaintiffs, <br><br> v. <br><br> CALIFORNIA DEPT. OF CORRECTIONS & REHABILITATION, et al. <br><br> Defendants. | Case No. 07-cv-01924-NC <br><br> **ADMINISTRATIVE MOTION AND STIPULATION FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER** |

1  The parties respectfully request that the Court continue the Case Management Conference for this case from December 7, 2011 at 10:00 a.m. to March 21, 2012 at 10:00 a.m.

The parties attended a settlement conference with Judge Zimmerman on November 4, 2011, during which this case was settled in principle, subject to a minor's compromise and completion of a settlement agreement.  The parties are currently negotiating the language of the settlement agreement, and are working diligently to complete settlement and dismissal of this case. Therefore, good cause exists to continue the case management conference.

Dated:  November 29, 2011         FENWICK & WEST LLP

                                  By: /s/ Mashhood Rassam
                                      Mashhood Rassam

                                  *Attorneys for Plaintiff*
                                  *Jessica Cruz-Dominguez As*
                                  *Guardian Ad Litem For Her Son*
                                  *Santos Eddie C. Fitzgerald*

Dated:  November 29, 2011         KAMALA D. HARRIS
                                  Attorney General of California

                                  By: /s/ Tom Blake
                                      Tom Blake
                                      Deputy Attorney General

                                  *Attorneys for Defendants California*
                                  *Department of Corrections and*
                                  *Rehabilitation, Karen Saylor, M.D., and*
                                  *Tam Bui, M.D.*

## **ORDER**

For good cause, the Case Management Conference previously set for December 7, 2011 is continued to March 21, 2012 at 10:00 a.m.  The parties shall submit a joint case management statement by March 14, 2012.

IT IS SO ORDERED.

Dated:  November 30, 2011

Hon. Nathaniel Cousins
United States Magistrate Judge

[Proposed] Order (07-cv-01924-NC)