RODGER R. COLE (CSB NO. 178865)
rcole@fenwick.com
MASHHOOD RASSAM (CSB NO. 240834)
mrassam@fenwick.com
JENNIFER J. JOHNSON (CSB NO. 252897)
jjjohnson@fenwick.com
ERIN A. SIMON (CSB NO. 268929)
esimon@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, California 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

*Attorneys for Plaintiff*
*JESSICA CRUZ DOMINGUEZ, AS GUARDIAN AD LITEM FOR HER SON, SANTOS EDDIE C. FITZGERALD*

KAMALA D. HARRIS
ATTORNEY GENERAL OF CALIFORNIA
TOM BLAKE, State Bar 51885
DEPUTY ATTORNEY GENERAL
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5506
Facsimile: (415) 703-5480

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CHRISTINE GOODWIN, JESSICA CRUZ-DOMINGUEZ, Individually and as Guardian ad litem for SANTOS EDDIE C. FITZGERALD,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA DEPT. OF CORRECTIONS & REHABILITATION, et al.**<br><br>Defendants. | Case No. 07-01924 NC<br><br>**STIPULATION FOR ORDER DISMISSING DEFENDANTS SAYLOR AND BUI; [PROPOSED] ORDER** |

1

The parties respectfully stipulate that the Court enter an order dismissing with prejudice Tam Bui, M.D. and Karen Saylor, M.D. as defendants in this action.

Dated: December 16, 2011                  FENWICK & WEST LLP

                                                    By: **/s/ Mashood Rassam**
                                                            Mashood Rassam

*Attorneys for Plaintiff*
*Jessica Cruz-Dominguez As*
*Guardian Ad Litem for Her Son*
*Santos Eddie C. Fitzgerald*

Dated: December 16, 2011                  KAMALA D. HARRIS
                                                            ATTORNEY GENERAL OF CALIFORNIA

                                                      By: **/s/ Tom Blake**
                                                            TOM BLAKE
                                                            DEPUTY ATTORNEY GENERAL
                                                          *Attorneys for Defendants*

**ORDER**

Upon stipulation of the parties and for good cause, Tam Bui, M.D. and Karen Saylor, M.D. are dismissed with prejudice as defendants in this action.

IT IS SO ORDERED.

Dated: December 19, 2011

Hon. Nathanael M. Cousins
United States Magistrate Judge