1  RODGER R. COLE  (CSB NO. 178865)
   rcole@fenwick.com
2  MASHHOOD RASSAM (CSB NO. 240834)
   mrassam@fenwick.com
3  JENNIFER J. JOHNSON (CSB NO. 252897)
   jjjohnson@fenwick.com
4  ERIN A. SIMON (CSB NO. 268929)
   esimon@fenwick.com
5  FENWICK & WEST LLP
   Silicon Valley Center
6  801 California Street
   Mountain View, California  94041
7  Telephone:  (650) 988-8500
   Facsimile:   (650) 938-5200
8
   *Attorneys for Plaintiff*
9  JESSICA CRUZ DOMINGUEZ, AS GUARDIAN AD
   LITEM FOR HER SON, SANTOS EDDIE C.
10 FITZGERALD

11 KAMALA D. HARRIS
   ATTORNEY GENERAL OF CALIFORNIA
12 TOM BLAKE, State Bar 51885
   DEPUTY ATTORNEY GENERAL
13 455 Golden Gate Avenue, Suite 11000
   San Francisco, CA 94102-7004
14 Telephone:  (415) 703-5506
   Facsimile:   (415) 703-5480
15
   *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CHRISTINE GOODWIN, JESSICA CRUZ-DOMINGUEZ, Individually and as Guardian ad litem for SANTOS EDDIE C. FITZGERALD,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA DEPT. OF CORRECTIONS & REHABILITATION, et al.**<br><br>Defendants. | Case No. 07-01924 NC<br><br>**STIPULATION FOR ORDER DISMISSING DEFENDANTS SAYLOR AND BUI; [~~PROPOSED~~] ORDER** |

The parties respectfully stipulate that the Court enter an order dismissing with prejudice Tam Bui, M.D. and Karen Saylor, M.D. as defendants in this action.

Dated:  December 16, 2011                                  FENWICK & WEST LLP

                                                           By:   */s/ Mashood Rassam*
                                                                 Mashood Rassam

                                                           *Attorneys for Plaintiff*
                                                           *Jessica Cruz-Dominguez As*
                                                           *Guardian Ad Litem for Her Son*
                                                           *Santos Eddie C. Fitzgerald*

Dated:  December 16, 2011                                  KAMALA D. HARRIS
                                                           ATTORNEY GENERAL OF CALIFORNIA

                                                           By:   */s/ Tom Blake*
                                                                 TOM BLAKE
                                                                 DEPUTY ATTORNEY GENERAL
                                                           *Attorneys for Defendants*

**ORDER**

Upon stipulation of the parties and for good cause, Tam Bui, M.D. and Karen Saylor, M.D. are dismissed with prejudice as defendants in this action.

IT IS SO ORDERED.

Dated:  December 19, 2011

Hon. Nathanael M. Cousins
United States Magistrate Judge