RODGER R. COLE (CSB NO. 178865)
rcole@fenwick.com
MASHHOOD RASSAM (CSB NO. 240834)
mrassam@fenwick.com
JENNIFER J. JOHNSON (CSB NO. 252897)
jjjohnson@fenwick.com
ERIN A. SIMON (CSB NO. 268929)
esimon@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, California 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Plaintiffs
Jessica Cruz Dominguez, As Guardian *Ad Litem* for
Her Son, Santos Eddie C. Fitzgerald

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ~~CHRISTINE GOODWIN,~~ JESSICA CRUZ-DOMINGUEZ, Individually and as Guardian ad litem for SANTOS EDDIE C. FITZGERALD, <br><br> Plaintiffs, <br><br> v. <br><br> CALIFORNIA DEPT. OF CORRECTIONS & REHABILITATION, et al., <br><br> Defendants. | Case No. CV-07-CV-01924 <br><br> ~~[PROPOSED]~~ ORDER GRANTING PETITION TO APPROVE COMPROMISE OF CLAIMS OF MINOR |

1. Petitioner Jessica Cruz-Dominguez, as guardian ad litem for her son, minor Santos Eddie C. Fitzgerald ("Minor"), has petitioned for court approval of a proposed compromise of this action involving the minor child of Scott Fitzgerald against State of California, acting by and through the California Department of Corrections and Rehabilitation.

2. The Court finds that all notices required by law have been given.

3. The Court awards Brayton Purcell LLP ("Brayton") no fees or costs from the settlement obtained by Minor. The Court finds that Plaintiff Santos Eddie C. Fitzgerald was a minor at the time Brayton allegedly entered into a contract for legal services in this case. The Court finds that Brayton did not have an agreement for legal services with Minor. To the extent Brayton claims it had such an agreement with Minor, the Court finds that agreement is void as it was not approved by a court. In addition, the Court finds that Brayton is not entitled to collect fees or costs from Minor because a conflict of interest existed while Brayton purported to represent Minor and also represented his grandmother, Christine Goodwin.

4. The Court grants the petition to approve the compromise of the action and the disposition of the proceedings.

5. The guardian ad litem is authorized to stipulate to dismissal of the case and to sign a standard form release.

6. State of California, acting by and through California Department of Corrections and Rehabilitation, shall pay the following amounts:

    a. $20,000.00 to Fenwick & West LLP within ninety days of this Order, to be transferred immediately to Petitioner Jessica Cruz-Dominguez, and:

    b. Future periodic payment in the following amounts on the following dates to payee Santos Eddie C. Fizgerald:

        i. $25,000.00 payable annually beginning June 20, 2021 continuing for five (5) years, with the last payment on June 20, 2025.

7. It is understood that the State of California, acting by and through the California Department of Corrections and Rehabilitation, may enter into a qualified assignment under Section 130 of the Internal Revenue Code with PASSCORP (the "Assignee") of these future

1 periodic payment obligations, for a consideration of $88,481.00. If such an assignment is made, the Assignee shall fund its obligation for such periodic payments by the purchase of an annuity contract from Prudential Insurance Company of America, rated A+X by AM Best, and in accordance with the terms of said assignment, the Assignee shall be substituted as obligor of such payments for State of California, acting by and through California Department of Corrections and Rehabilitation, who shall be released from any further obligation to make said future payments.

8. The beneficiary for the minor payee shall be his estate. Upon reaching the age of majority, the payee may request a change in beneficiary in writing and delivered to Assignee. No such designation, nor any subsequent request for change of beneficiary, shall be effective unless it is in writing and delivered to Assignee.

9. The Court awards Brayton Purcell LLP no fees and costs in this matter.

**IT IS SO ORDERED.**

Date:   January 24, 2012

Nathanael M. Cousins
United States Magistrate Judge