# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CRUZ-DOMINGUEZ, as guardian ad litem for her son Santos Eddie C. Fitzgerald,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPT. OF CORRECTIONS & REHABILITATION, et al.,<br><br>Defendants. | Case No. 07-cv-01924 NC<br><br>**ORDER RE: ADDITIONAL PETITION TO COMPROMISE CLAIMS OF MINOR**<br><br>Re: Docket No. 125 |

Before the Court is the additional petition of Jessica Cruz-Dominguez, as guardian ad litem for her son, minor Santos Eddie C. Fitzgerald, for court approval of a proposed compromise between law firm Brayton Purcell and minor for work conducted in this matter. Dkt. No. 125. The deadline for any opposition to the additional petition, including any opposition by third party Brayton Purcell LLP, is February 8, 2012. Plaintiff shall serve a copy of this order on Brayton Purcell and Christine Goodwin.

IT IS SO ORDERED.

DATED: January 4, 2012

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 07-cv-01924 NC
ORDER RE: ADDITIONAL PETITION