RODGER R. COLE (CSB NO. 178865)
rcole@fenwick.com
MASHHOOD RASSAM (CSB NO. 240834)
mrassam@fenwick.com
JENNIFER J. JOHNSON (CSB NO. 252897)
jjjohnson@fenwick.com
ERIN A. SIMON (CSB NO. 268929)
esimon@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, California 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Plaintiffs
Jessica Cruz-Dominguez, As Guardian *Ad Litem* for
Her Son, Santos Eddie C. Fitzgerald

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ~~CHRISTINE GOODWIN,~~ JESSICA CRUZ-DOMINGUEZ, Individually and as Guardian ad litem for SANTOS EDDIE C. FITZGERALD,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPT. OF CORRECTIONS & REHABILITATION, et al.,<br><br>Defendants. | Case No. CV 07-01924-NC<br><br>~~[PROPOSED]~~ ORDER GRANTING ADDITIONAL PETITION TO COMPROMISE CLAIMS OF MINOR |

1. Petitioner Jessica Cruz-Dominguez, as Guardian Ad Litem for her son, minor Santos Eddie C. Fitzgerald ("Minor"), has petitioned for court approval of a proposed compromise between Brayton Purcell LLP and Minor relating to Brayton Purcell LLP's work in the above-captioned case.

2. The Court finds that all notices required by law have been given.

3. The Court grants the petition to approve the compromise of the dispute between Minor and Brayton Purcell LLP.

4. The guardian ad litem is authorized to sign a standard form release.

**IT IS SO ORDERED.**

Date: January 31, 2012

The Honorable Nathanael Cousins
United States Magistrate Judge for the
Northern District of California